UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CARLENE ARMETTA | Case No. 3:13-cv-01464 (WWE) |
| Plaintiff, | |
| v. | |
| LEARNING CARE GROUP, INC. | |
| Defendant. | OCTOBER 17, 2013 |

## MOTION TO TRANSFER

The defendants respectfully request that this matter be transferred to the Honorable Vanessa L. Bryant because she is presiding over the matter of David Armetta, et al v. Learning Care Group, Inc., (Case No. 3:13-CV-01461 (VLB)) a case filed by the plaintiff's husband, David Armetta, and by a limited liability corporation, Aspira Direct Marketing, LLC, which is jointly owned by the plaintiff and her husband and because all claims arise out of a common nucleus of operative facts.

Pursuant to Local Rule 40(b) when there are two related cases they should be assigned to the Judge having the earliest filed case.

THE DEFENDANT,

By:    /s/ Stephen P. Fogerty
      Stephen P. Fogerty, Esq.
      HALLORAN & SAGE LLP
      Fed. Bar #ct 01398
      315 Post Road West
      Westport, CT 06880
      (203) 227-2855
      (203) 227-6992
      fogerty@halloransage.com

## CERTIFICATION

This is to certify that on this 17th day of October, 2013, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

Joseph M. Pastore, III
Pastore & Dailey, LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905

      /s/ Stephen P. Fogerty
      Stephen P. Fogerty

3069587v.1