UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
: 
CARLENE ARMETTA, :
: Case No.: 3:13-CV-01464 (WWE)
Plaintiff, :
:
vs. :
:
: OCTOBER 18, 2013
LEARNING CARE GROUP, INC., :
:
Defendant. :
:
:
---------------------------------------------------------------x

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, the defendant Learning Care Group, Inc., hereby moves this Court to dismiss this action against it because the plaintiff fails to state a claim upon which relief can be granted.  The plaintiff has asserted claims against defendant for defamation, breach of contract, wrongful termination, and unjust enrichment.  A memorandum of law in support of this motion is submitted herewith.

WHEREFORE, the defendant respectfully requests that this Court dismiss this action in its entirety for plaintiff's failure to state a claim upon which relief can be granted.

**ORAL ARGUMENT IS REQUESTED**

Dated: October 18, 2013

                                            Respectfully submitted,

                                            By: /s/_____
                                            Stephen P. Fogerty
                                            Halloran & Sage, LLP
                                            315 Post Road West
                                            Westport, CT  06880
                                            Telephone (203) 227-2855
                                            Facsimile (203) 227-6992
                                            fogerty@halloransage.com
                                            Federal Bar No.:  ct01398

                                            Attorneys for Defendant
                                            Learning Care Group, Inc.


                                            Jyotin Hamid
                                            Tricia B. Sherno
                                            Debevoise & Plimpton, LLP
                                            919 Third Avenue
                                            New York, NY  10022
                                            Telephone (212) 909-1031
                                            Facsimile (212) 909-6836

                                            Of Counsel

## CERTIFICATION

This is to certify that on this 18th day of October, 2013, a copy of the foregoing was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.

Joseph M. Pastore, III
Pastore & Dailey, LLC
4 High Ridge Park, 3rd Floor
Stamford, CT 06905

/s/_____
Stephen P. Fogerty

3070619v.1