UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                          )
CARLENE ARMETTA                          )
                                                          )          Case No. 3:13-cv-1464
                                  Plaintiff,         )
                                                          )
                vs.                                      )
                                                          )
                                                          )
LEARNING CARE GROUP, INC.          )
                                                          )
                                  Defendant.       )          October 18, 2013
_____)

## REPLY TO MOTION TO TRANSFER

Plaintiff, Carlene Armetta, does not object to Defendant's motion to transfer.  Plaintiff concurs that this matter is closely related to the matter of *David Armetta, et al v. Learning Care Group, Inc.*, (Case No. 3:13-CV-01461 (VLB)), and consents to both matters being heard by the same Judge.  Plaintiff consents to a transfer to either the Honorable Vanessa L. Bryant or the Honorable Warren W. Eginton, as both matters were assigned to their respective judges on the same day as they were removed concurrently from state court.  Accordingly, Plaintiff believes that the Local Rule 40(b) is not applicable and that either the Honorable Warren W. Eginton or the Honorable Vanessa L. Bryant could rightfully serve on these cases.

PLAINTIFF
CARLENE ARMETTA

By:    */s/ Joseph M. Pastore III*
          Joseph M. Pastore III (ct11431)
          Pastore & Dailey LLC
          4 High Ridge Park, 3rd Floor
          Stamford, CT 06905
          Phone: (203) 658-8454
          Fax: (203) 248-0852

## CERTIFICATION

I certify that on October 18, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_/s/ Joseph M. Pastore III_
Joseph M. Pastore III